**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. TRI–STATE ZINC, Inc.**

No. 12272.

Circuit Court of Appeals, Eighth Circuit.

April 27, 1942.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Paul E. Bradley, of Joplin, Mo., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation.

**SHELL OIL COMPANY, Inc., v. John P. McLAUGHLIN, Individually, and as Former Collector of Internal Revenue, etc., et al.**

No. 10142.

Circuit Court of Appeals, Ninth Circuit.

May 18, 1942.

F. F. Thomas, Jr., Wm. E. Wright, and McCutchen, Olney, Mannon & Greene, all of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and Esther B. Phillips, Asst. U.S. Atty., both of San Francisco, Cal., for appellees.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment be filed and entered accordingly, and mandate of this court in this cause issued forthwith.